JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| L.H., a minor, by and through his Parent and Guardian Ad Litem, N.C., <br><br> Plaintiffs, <br><br> v. <br><br> BUENA PARK ELEMENTARY SCHOOL DISTRICT, <br><br> Defendant. | SA CV 06-1128 AHS(FFMx) <br><br><br><br><br><br> JUDGMENT |

Plaintiff's motion for summary judgment came regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, U.S. District Judge, presiding. The matters having been duly heard and considered and rulings having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiffs shall take nothing from defendant other than what the parties already resolved and that judgment for defendant is granted.

DATED: April 6, 2009.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
U.S. DISTRICT JUDGE